# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

_____ Division

2022 DEC 12 AM 11:05

DEPUTY CLERK _____

Case No. 4-22CV-1102-O
*(to be filled in by the Clerk's Office)*

Clay Jarrad Kirkland

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Ken Paxton, and Thu Thai.

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C. § 1983.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Clay J. Kirkland |
| All other names by which you have been known: | |
| ID Number | #43075-177 |
| Current Institution | FCI/Sandstone |
| Address | P.O. Box 888 |
| | Sandstone, MN 55072 |
| | *City  State  Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | Ken Paxton |
| Job or Title *(if known)* | Attorney General of Texas-Child Support Division |
| Shield Number | |
| Employer | |
| Address | 2001 Beach Street, Ste 800 |
| | Fort Worth, TX 76103 |
| | *City  State  Zip Code* |

☒ Individual capacity   ☐ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Thu Thai |
| Job or Title *(if known)* | Attorney General of Texas-Child Support Division |
| Shield Number | |
| Employer | |
| Address | 2001 Beach Street, Ste 800 |
| | Fort Worth, TX 76103 |
| | *City  State  Zip Code* |

☒ Individual capacity   ☐ Official capacity

Defendant No. 3
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ _____ _____
  *City*                *State*            *Zip Code*
  ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Shield Number
  Employer
  Address

  _____ _____ _____
  *City*                *State*            *Zip Code*
  ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)

  ☒ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

```
1.)   U.S. Constitutional Fourth Amendment right.
2.)   U.S. Constitutional Fourteenth Amendment right.
```

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

```
    Defendants acted under the color of state law when they illegally kept, and
applying my $1,200 from U.S. Department of the Treasury towards child support
that I've already fully paid.
```

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced state prisoner

☒ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

```
    1.)  The events occurred in the state of Texas while I am confined in
         Federal Bureau of Prisons-FCI Sandstone in Minnesota.
                                             (PLEASE SEE ATTACHMENT)
```

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

## ATTACHMENT TO STATEMENT OF CLAIM SECTION "A"

2.) On January 28, 2021 the Attorney General-Child Support Division under "Thu Thai and Ken Paxton" unlawfully confiscated $1200.00 from me. The amount were applied toward child support that I do not owe.

3.) The facts regarding owed child support had been resolved directly with "Thu Thai" on roughly between August 8, 2021 and October 4, 2021 after I've forwarded a missive to her. The Texas Comptroller of Public Accounts had subsequently reimbursed me in the amount of $601.04 on September 2, 2021, from the <u>First</u> (emphasis added) confiscated stimulus check.

4.) The second confiscated stimulus check in the amount of $1200.00 was not reimbursed to me, nor was it distributed out to my ex-wife (Kattie Kirkland McKinney). The Texas Child Support Division under Thu Thai and Ken Paxton have instead illegally kept it.

5.) My mother (Susan Jost) have spoken to Thu Thai on several occasions in attempt to resolve this matter to no avail. The defendants were being non responsive to subsequent phone calls from my mother to their office.

6.) The defendants' action by seizing and keeping my money in the amount of $1200.00 illegally have violated my U.S. Constitutional Fourth (4th) Amendment right to be free from illegal search and seizure.

7.) The defendants' action further violated my U.S. Constitutional Fourteenth (14th) Amendment right to due process. The defendants deprived me due process when they decided to arbitrarily confiscated and seizing $1200.00 from me, and kept it illegally.

## ATTACHMENT TO STATEMENT OF CLAIM SECTION "A"

C. What date and approximate time did the events giving rise to your claim(s) occur?

January 28,2021 through April 4,2022.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

1.) I do not owe any child support.
2.) Texas Attorney General-Child Support Division under Thu Thai and Ken Paxton seized $1200,00 from me.
3.) My mother (Susan Jost) had conferred with Thu Thai directly on several occasions in attempt to resolve this matter to no avail.

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1.) Reimbursement of $1200.00
2.) Reimbursement of $400.00 for the filing fees of this civil right complaint.
3.) I demand $100,000.00 in punitive damages due to Defendantsswillfully violating my U.S. Constitutional Fourth (4th), and Fourteenth (14th) Amendment rights.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

```
Federal Bureau of Prisons, FCI/Sandstone in Minnesota.
```

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E. If you did file a grievance:

1. Where did you file the grievance?

2. What did you claim in your grievance?

3. What was the result, if any?

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   ```
   Grievance procedures related to this complaint are unavailable to me, and
   I am NOT confined in the State of Texas.
   ```

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit
     Plaintiff(s) _____
     Defendant(s) _____

  2. Court *(if federal court, name the district; if state court, name the county and State)*
     _____

  3. Docket or index number
     _____

  4. Name of Judge assigned to your case
     _____

  5. Approximate date of filing lawsuit
     _____

  6. Is the case still pending?
     ☐ Yes
     ☐ No
     If no, give the approximate date of disposition. _____

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
     _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   **Plaintiff(s)**    Clay J. Kirkland

   **Defendant(s)**    Federal Bureau of Prisons, et al.,

2. Court *(if federal court, name the district; if state court, name the county and State)*

   United States District Court for the District of Arizona.

3. Docket or index number

   Case No. 2:18-cv-04071 PHX-GMS

4. Name of Judge assigned to your case

   U.S. Magistrate Judge Eileen S. Willett.

5. Approximate date of filing lawsuit

   October 30, 2018

6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition    October 16, 2020

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Dismissed.

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-28-22

Signature of Plaintiff: *Clay J. Kirkland*
Printed Name of Plaintiff: Clay J. Kirkland
Prison Identification #: #43075-177
Prison Address: P.O. Box 888
Sandstone, MN 55072

### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
City, State, Zip Code:
Telephone Number:
E-mail Address:

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

4-22CV-1102-O

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
Clay Jarrad Kirkland

**(b)** County of Residence of First Listed Plaintiff: Pine County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

### DEFENDANTS
Ken Paxton and Thu Thai

County of Residence of First Listed Defendant: Unknown
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

### III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

### IV. NATURE OF SUIT
[X] 440 Other Civil Rights

### V. ORIGIN
[X] 1 Original Proceeding

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing: 42 U.S.C. § 1983

Brief description of cause: Defendants violated my U.S. Const. Fourth Amend right when they seized $1200.00 from me without providing due process, further violating my 14th Amendment right.

### VII. REQUESTED IN COMPLAINT:
DEMAND $ 101,600.00
JURY DEMAND: [X] Yes  [ ] No

### VIII. RELATED CASE(S) IF ANY

DATE: 11-28-22