IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CLAY JARRAD KIRKLAND, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | NO. 4:22-CV-1102-O |
| | § | |
| KEN PAXTON, et al., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Consistent with the order of dismissal signed this date, the claims of Plaintiff, Clay Jarrad Kirkland, against Defendants, Ken Paxton and Thu Thai, are **DISMISSED**. FED. R. CIV. P. 4(m).

**SO ORDERED** this **19th day** of **April, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE